IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| LUIS AND FABIANA SAUCEDO | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | Civil Action No. 2:15-CV-133-AM-VRG |
| | § | |
| STATE FARM LLOYDS | § | |
|     Defendant | § | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, come Plaintiffs Luis and Fabiana Saucedo and Defendant State Farm Lloyds, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

**AGREED AND APPROVED:**

/s/ Bill L. Voss

Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
THE VOSS LAW FIRM, P.C.
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
bill.voss@vosslawfirm.com
scott@vosslawfirm.com

*Counsel for Plaintiffs*


/s/ Margaret Brown

Mark A. Lindow
State Bar No. 12367875
Margaret F. Brown
State Bar No. 24092181
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
mlindow@lstlaw.com
mbrown@lstlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Western District of Texas, Del Rio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this 26th day of **October, 2016**, addressed to those who do not receive notice from the Clerk of the Court.

Bill L. Voss
Scott G. Hunziker
THE VOSS LAW FIRM, P.C.
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380

Mark A. Lindow/Margaret F. Brown